**No. 53737.**—Standard Wholesale Liquors, Inc., et al. *v.* United States, protests 97930–K, etc. (Cleveland).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53738.**—Park & Tilford Import Corp. *v.* United States, protests 119868–K and 124582–K (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53739.**—Norman G. Jensen *v.* United States, protests 101367–K, etc. (Pembina).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53740.**—General Distilleries Corp. et al. *v.* United States, protests 124855–K, etc. (Boston).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53741.**—Denebeim Distilling Co. *v.* United States, protests 135631–K and 122257–K (St. Louis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.